# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SEVERSON, TRACY JAYNE                              § Case No. 13-45631
                                                          §
                                                          §
Debtor(s)                                                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $9,753.00                 Assets Exempt: $5,850.00
(without deducting any secured claims)

Total Distribution to Claimants: $486.63    Claims Discharged
                                            Without Payment: $2,325.10

Total Expenses of Administration: $4,513.37
```

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,513.37 | 4,513.37 | 4,513.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,811.73 | 2,811.73 | 486.63 |
| **TOTAL DISBURSEMENTS** | $0.00 | $7,325.10 | $7,325.10 | $5,000.00 |

4) This case was originally filed under Chapter 7 on November 25, 2013. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2017           By: /s/THOMAS E. SPRINGER, TRUSTEE
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1601 Meadows Road, Geneva, IL | 1210-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 235.00 | 235.00 | 235.00 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 2,938.50 | 2,938.50 | 2,938.50 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 69.87 | 69.87 | 69.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,513.37 | $4,513.37 | $4,513.37 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 172.45 | 172.45 | 29.85 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 452.01 | 452.01 | 78.23 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,187.27 | 2,187.27 | 378.55 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,811.73 | $2,811.73 | $486.63 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-45631
**Case Name:** SEVERSON, TRACY JAYNE

**Period Ending:** 03/10/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 11/25/13 (f)
**§341(a) Meeting Date:** 12/16/13
**Claims Bar Date:** 08/20/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account with Bank of America | 1,200.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods and furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Books, pictures, cds, etc | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5 | 2007 Saturn Vue with 55,000 miles. value per kb | 6,303.00 | 0.00 | | 0.00 | FA |
| 6 | 1601 Meadows Road, Geneva, IL (u)<br>   Debtor may have interest in real property previously owned by father who passed away. | 30,000.00 | 30,000.00 | | 5,000.00 | FA |
| 6 | **Assets    Totals** (Excluding unknown values) | **$39,753.00** | **$30,000.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Debtor's father pased away and Trustee is investigating Debtor's interest in real property formerly owned by father and any other assets that Debtor may have inherited.

**Initial Projected Date Of Final Report (TFR):**    November 15, 2015     **Current Projected Date Of Final Report (TFR):**    September 16, 2016  (Actual)

Printed: 03/10/2017 12:10 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-45631  
**Case Name:** SEVERSON, TRACY JAYNE  
**Taxpayer ID #:** **-***4438  
**Period Ending:** 03/10/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****743166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/26/16 | {6} | Chicago Title and Trust Company | Settlement Pursuant to Order | 1210-000 | 5,000.00 | | 5,000.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 11/11/16 | 101 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $235.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 235.00 | 4,745.00 |
| 11/11/16 | 102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $2,938.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,938.50 | 1,806.50 |
| 11/11/16 | 103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $69.87, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 69.87 | 1,736.63 |
| 11/11/16 | 104 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 486.63 |
| 11/11/16 | 105 | American InfoSource LP as agent for | Dividend paid 17.30% on $172.45; Claim# 1; Filed: $172.45; Reference: | 7100-000 | | 29.85 | 456.78 |
| 11/11/16 | 106 | Quantum3 Group LLC as agent for | Dividend paid 17.30% on $452.01; Claim# 2; Filed: $452.01; Reference: | 7100-000 | | 78.23 | 378.55 |
| 11/11/16 | 107 | Portfolio Recovery Associates, LLC | Dividend paid 17.30% on $2,187.27; Claim# 3; Filed: $2,187.27; Reference: | 7100-000 | | 378.55 | 0.00 |

|  |  | | |
|---|---|---|---|
| ACCOUNT TOTALS | 5,000.00 | 5,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **5,000.00** | **5,000.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.00** | **$5,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****743166** | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)